IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL FORTE
:        CIVIL ACTION
:
    vs.            :
:        NO. 2002-2775
STATE FARM

O R D E R

**AND NOW, TO WIT:** This   day of July, 2002, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.


**MICHAEL E. KUNZ,** Clerk of Court


**BY:**_____
        Michael Finney
        Deputy Clerk


Copies by FAX on _____ to: Copies by MAIL on _____ to:


Civ 2 rev. (8/2000)
41.1(b)