**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
DANIEL FORTE                       :        CIVIL ACTION
                                   :
        Plaintiff,                 :
                                   :
        v.                         :
                                   :
STATE FARM INSURANCE COMPANY       :
        Defendants.                :        NO. 02-2775
```

## **O R D E R**

AND NOW, this    day of July 2002, all outstanding motions in the above captioned case are DENIED as moot, the Court having dismissed this case.

AND IT IS SO ORDERED

_____

Clarence C. Newcomer, S.J.